JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY, | CV 21-01260 PA (JEMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| APPLE EIGHT CALIFORNIA, INC., | |
| Defendant. | |

Pursuant to the Court's April 14, 2021 Order granting defendant Apple Eight California Inc.'s ("Defendant") Motion to Dismiss,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's Americans with Disabilities Act claim is dismissed with prejudice;
2. Plaintiff's Unruh Civil Rights Act claim is dismissed without prejudice; and
3. Defendant shall have its costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: April 14, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE